## NINA GERSHON
## FINANCIAL STATEMENT
### NET WORTH

—

Provide a complete, current financial net worth statement which itemizes in detail all assets (includin accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate memi your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 9 | 123 | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | 57 | 167 | Notes payable to banks—unsecured | | |
| | | | Notes payable to relatives | | |
| Listed securities—add schedule | 10 | 500 | Notes payable to others | | |
| Unlisted securities—add schedule | | | Accounts and bills due | | |
| Accounts and notes receivable: | | | Unpaid income tax | | |
| Due from relatives and friends | | | Other unpaid tax and interest | | |
| Due from others | | | Real estate mortgages payable—add schedule | 100 | 876 |
| Doubtful | | | | | |
| Real estate owned—add schedule | 510 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts—Itemize: | | |
| Autos and other personal property | 63 | 600 | | | |
| Cash value—life insurance | | | | | |
| Other assets—Itemize: | | | | | |
| See Schedule | 654 | 847 | | | |
| | | | Total liabilities | 100 | 876 |
| | | | Net worth | 1,203 | 769 |
| Total assets | 1,304 | 445 | Total liabilities and net worth | 1,304 | 645 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker or guarantor ✗ | 35 | 600 | Are any assets pledged? (Add schedule.) | NO |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | NO |
| Legal Claims | | | Have you ever taken bankruptcy? | NO |
| Provision for Federal Income Tax | | | | |
| Other special debt · | | | | |
| ✗ See Schedule | · | | | |

**Schedule of Assets (NINA GERSHON)**

### U.S. Government Securities ($57,167)

```
US Govt HH Bonds..........................................28,500
US Govt E Bonds...........................................28,667
```

### Listed Securities ($10,508)

```
IBM Common Stock...........................................3,008
Transmedia Network Common Stock............................7,500
```

### Real estate owned ($510,000)

```
cooperative apartment....................................350,000
cabin in upstate New York................................160,000
```

### Other Assets ($654,847)

```
Mutual Qualified Fund (IRA)...............................43,474
Fidelity Magellan Fund (IRA)..............................30,560
Dime Savings Bank Certificate of Deposit (IRA).............5,141
Dreyfus Growth and Income Fund (IRA)......................16,264

NY State Deferred Compensaation Plan.....................137,902
US Govt Thrift Savings....................................73 379
Chase Manhattan Certificate of Deposit.....................5,760

Dreyfus Worldwide Money Market Fund.......................10,132
Dreyfus Liquid Assets......................................1,379
Dean Witter Liquid Assets.................................38,929
Fidelity NY Tax Free Money Market.........................35,093

Dean Witter Global Div Growth Fund........................11,804
Dean Witter Developing Growth Fund........................12,391
Dean Witter Dividend Growth Fund..........................12,233
Kaufmann Fund.............................................24,756


Dean Witter Select Muni Natl Lt 40 Bonds..................13,627
Nuveen Muni Bond Funds.....................................3,304

NY Municipal Bonds.......................................183,860
```

### Contingent Liabilities

```
Guarantor (Nellie Mae Student Loans)......................35,600
    (My husband is guarantor for my stepson's law school loans)
```

### Real Estate Mortgage

```
Coop apartment mortgage (Dime Savings Bank)..............100,876
```

Digitized by Google

1994 INFORMATION IS IN THE ATTACHED FORM FILED BY ME AS A
MAGISTRATE JUDGE

| AO-10 Rev 1/94 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1995 | Report Required by the Ethics Reform Act of 1989, Pub L No 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 101-112) |
|---|---|---|

| 1 Person Reporting (Last name, first, middle initial) Gershon, Nina | 2 Court or Organization United States District Court Eastern District of New York | 3 Date of Report 10/16/95 |
|---|---|---|
| 4 Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) United States District Judge | 5 Report Type (check appropriate type) X Nomination, Date __/__/__ ___ Initial ___ Annual ___ Final | 6 Reporting Period 1/1/95-10/10/95 |
| 7 Chambers or Office Address United States Courthouse Southern District of New York 500 Pearl Street - Room 1970 New York, New York 10007 | 8 On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date ___ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Secretary | Federal Magistrate Judges Association |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 _____ | (S) New York State Courts, Judge | $_____ |
| 2 _____ | (S) Brooklyn Law School, Professor | $_____ |
| 3 _____ | | $_____ |
| 4 _____ | | $_____ |
| 5 _____ | | $_____ |

1

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gershon, Nina | Date of Report<br>10 /16 /95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| | | $_____ |
| | · | $_____ |
| | | $_____ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES:  J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 to $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P = More than $1,000,000

2

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gershon, Nina | Date of Report<br>10/16/95 |
|---|---|---|

**VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions** (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br>Indicate where applicable, owner of the asset by using the parenthetical (S) for separate ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div., rent, int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | | | If not exempt from disclosure | | |
| | | | | | | (2)<br>Date Month Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 IBM Common Stock | A | Div | J | T | | | | | | |
| 2 U.S. Govt. E Bonds | A | A | K | T | | | | | | |
| 3 U.S. Govt. HH Bonds | B | Int | K | T | | | | | | |
| 4 U.S. Govt. Treas. Bills | A | Int | Sold | | | | | | | |
| 5 (S) New York State Housing Agency Bond | A | Int | J | T | | | | | | |
| 6 Mutual Qual. Inc. Fund (IRA) | A | Div | K | T | | | | | | |
| 7 (S) Mutual Qual. Inc. Fund (IRA) | A | Div | K | T | | | | | | |
| 8 Dreyfus Liquid Assets | A | Div | J | T | | | | | | |
| 9 This item was transferred See 1994 report. | | | | | | | | | | |
| 10 Fidelity Magellan (IRA) | A | Div | K | T | | | | | | |
| 11 (S) Fidelity Magellan (IRA) | A | Div | K | T | | | | | | |
| 12 Fidelity N.Y. Tax Free M.M. | B | Div | K | T | | | | | | |
| 13 (S) Lincoln Savings Bank (formerly Dime) (IRA) | A | Int | J | T | | | | | | |
| 14 N.Y. City Bonds | B | Int | K | T | | | | | | |
| 15 Citibank Checking Account | A | Int | J | T | | | | | | |
| 16 (S) Dreyfus Worldwide Fund | A | Int | J | T | | | | | | |
| 17 (S) Chase Manhattan Bank CD | A | Int | J | T | | | | | | |
| 18 Dean Witter/Sears Liq. Ass | A | Div | K | T | | | | | | |



Digitized by Google

FINANCIAL DISCLOSURE REPORT | Name of Person Reporting: Gershon, Nina | Date of Report: 10/16/95

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(O)" for joint ownership of reportable (J) individual and spouse, "(S)" for spouse, ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g. div, rent, int.) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 Nuveen Ser. 18 | A | Int | J | T | | | | | |
| 20 Nuveen Ser. 241 | A | Int | J | T | | | | | |
| 21 Sears Muni 37 | A | Int | Sold | | | | | | |
| 22 DW (Formerly Sears) Muni 40 | B | Int | J | T | | | | | |
| 23 NYS Housing Agency | B | Int | K | T | | | | | |
| 24 (S) Chase Manhattan Bank | A | Int | J | T | | | | | |
| 25 Transmedia | A | Div | J | T | | | | | |
| 26 (IRA) Dreyfus Growth & Inc | A | Div | J | T | | | | | |
| 27 (S) IRA) Dreyfus Growth & Inc. | A | Div | J | T | | | | | |
| 28 DW Develop Growth | A | Div | J | T | | | | | |
| 29 DW Div Growth | A | Div | J | T | | | | | |
| 30 DW Global Div Growth | A | Div | J | T | | | | | |
| 31 MAC SER 54,59 | B | Int | J | T | | | | | |
| 32 NYC Mun Wtr A,B | A | Int | J | T | | | | | |
| 33 NYS Dorm Auth. | B | Int | K | T | | | | | |
| 34 (S) Rockland Cnty NY Gen | A | Int | J | T | | | | | |
| 35 (S) NYC Mun Wtr Fin.A | A | Int | J | T | | | | | |
| 36 (S) Onandaga Cty NY Gen | A | Int | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A-$1,000 or less | B-$1,001 to $50,000. | C-$1,001 to $2,500 | C-$50,001 to $100,000 | C-$2,501 to $5,000 | G-$100,001 to $1,000,000 | D-$5,001 to $15,000 | H-More than $1,000,000 | H-$100,001 to $250,000 |
| 2 Value Codes: (See Col. C1 & D3) | J-$15,000 or less | K-$15,001 to $50,000. | L-$50,001 to $100,000 | L-$50,001 to $100,000 | M-$100,001 to $1,000,000 | P-More than $1,000,000 | | | T-Cash/Market |
| 3 Value Method Codes: (See Col. C2) | Q-Appraisal | S-Assessment | R-Cost (real estate only) | U-Book Value | W-Estimated | V-Other | | | |

4

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon, Nina | 10/16/95 |

**VII Page 1 INVESTMENTS and TRUSTS -- income, value, transactions** (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 37 (S) NYS Dorm Auth. | A | Int | J | T | | | | | |
| 38 (S) MAC SER 59 | A | Int | J | T | | | | | |
| 39 Kaufmann Fund | A | Div | K | T | | | | | |
| 40 (S) N.Y. State Deferred Compensation Plan | A | | M | T | | | | | |
| 41 (S) Dean Witter Liquid Assets | A | Div | J | T | | | | | |
| 42 Jordan-Elb. NY School | A | Int | J | T | | | | | |
| 43 (S) Jordan-Elb. NY School | A | Int | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

5

## 553

**VIII. ADDITIONAL INFORMATION or EXPLANATIONS.** (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**IX. CERTIFICATION.**

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Nina Gershon_          Date _Oct. 16, 1995_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google

**554**

| AO-10<br>Rev 1/94 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 1994 | Report Required by the Ethics<br>Reform Act of 1989, Pub L No<br>101-194, November 30, 1989<br>(5 U S.C.A. App 6, 101-1121 |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Gershon, Nina | 2 Court or Organization<br>United States District Court<br>Southern District of New York | 3. Date of Report<br><br>5 /10 /95 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status. Magistrate judges indicate full- or part-time)<br>Magistrate Judge<br>Full-Time | 5. Report Type (check appropriate type)<br>___ Nomination, Date _/_/_<br>___ Initial  X  Annual ___ Final | 6. Reporting Period<br><br>1/1/ - 12/31<br>1994 |
| 7. Chambers or Office Address<br>U.S. Courthouse<br>Southern District of New York<br>500 Pearl Street - Room 1970<br>New York, New York 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date ___ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director, Secretary | Federal Magistrate Judges Association |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 _____ | (S)  New York State Courts, Judge | $_____ |
| 2 _____ | (S)  Brooklyn Law School Professor | $_____ |
| 3 _____ | _____ | $_____ |
| 4 _____ | _____ | $_____ |
| 5 _____ | _____ | $_____ |

1

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gershon, Nina | Date of Report<br>5 /10 /95 |
|---|---|---|

**IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.**
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X | NONE (No such reportable reimbursements or gifts) |
| | |
| | |
| | |
| | |
| | |
| | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X | NONE (No such reportable gifts) | |
| | | $_____ |
| | | $_____ |
| | | $_____ |
| | | $_____ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X | NONE (No reportable liabilities) | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODE: J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 to $250,000
  N = $250,001 - $500,000   O = $500,001 - $1,000,000   P = More than $1,000,000

2

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gershon, Nina | Date of Report<br>5 /10 /95 |
|---|---|---|

**VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions** (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type (e.g. div., rent or int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | · | | | | | | | | |
| 1 IBM Common Stock | A | Div | J | T | | | | | |
| 2 U.S. Govt. E Bonds | A | None | K | T | Merrial Exch - HH | May | J | | |
| 3 U.S. Govt. HH Bonds | C | Int | K | T | | | | | |
| 4 U.S. Govt. Treas. Bills | A | Int | K | T | | | | | |
| 5 (S) New York State Housing Agency Bond | A | Int | J | T | | | | | |
| 6 Mutual Qual. Inc. Fund (IRA) | A | Div | K | T | | | | | |
| 7 (S) Mutual Qual. Inc. Fund (IRA) | A | Div | K | T | | | | | |
| 8 Dreyfus Liquid Assets | A | Div | J | T | | | | | |
| 9 Dreyfus Liquid Assets (IRA) | A | Div | | | Transfer | 4-11 | J | | To Dreyfus Growth & Income Fund |
| 10 Fidelity Magellan (IRA) | A | Div | J | T | | | | | |
| 11 (S) Fidelity Magellan (IRA) | A | Div | J | T | | | | | |
| 12 Fidelity N.Y. Tax Free M.M. | A | Div | K | T | | | | | |
| 13 (S) Lincoln Savings Bank (IRA) | A | Int | J | T | | | | | |
| 14 N.Y. City Bonds | B | Int | K | T | | | | | |
| 15 Citibank Checking Account | A | Int | J | T | | | | | |
| 16 (S) Dreyfus Worldwide Fund | B | Int | K | T | | | | | |
| 17 (S) Chase Manhattan Bank CD | A | Int | J | T | | | | | |
| 18 Dean Witter/Sears Liq. Ass | A | Div | J | T | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less B=$15,001 to $50,000   C=$1,001 to $2,500 P=$50,001 to $100,000   O=$2,501 to $5,000 G=$100,001 to $1,000,000   D=$5,001 to $15,000 H=More than $1,000,000

2 Value Codes: (See Col. C1 & D3) J=$15,000 or less N=$250,001 to $500,000   K=$15,001 to $50,000 O=$500,001 to $1,000,000   L=$50,001 to $100,000 P=More than $100,000   M=$100,001 to $250,000

3 Value Method Codes: (See Col. C2) Q=Appraisal U=Book Value   R=Cost (real estate only) V=Other   S=Assessment W=Estimated   T=Cash/Market

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gershon, Nina | 5 /10 /95 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
(Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 Nuveen Ser. 18 | A | Int | J | T | | | | | |
| 20 Nuveen Ser. 241 | A | Int | J | T | | | | | |
| 21 Sears Muni 37 | A | Int | J | T | | | | | |
| 22 Sears Muni 40 | B | Int | K | T | | | | | |
| 23 NYS Housing Agency | B | Int | K | T | | | | | |
| 24 (S) Chase Manhattan Bank | A | Int | J | T | | | | | |
| 25 Transmedia | A | Div | J | T | Buy | 3-23 | J | | |
| 26 (IRA) Dreyfus Growth & Inc. | A | Div | J | T | Transfer | 4-11 | from Dreyfus Liq. Assets IRA | | |
| 27 (S) IRA) Dreyfus Growth & Inc. | A | Div | J | T | Buy | 4-11 | J | | |
| 28 DW Develop Growth | A | Div | J | T | Buy | 3-28 | J | | |
| 29 DW Div Growth | A | Div | J | T | Buy | 3-28 | J | | |
| 30 DW Global DivGrowth | A | Div | J | T | Buy | 3-28 | J | | |
| 31 MAC SER 54,59 | B | Int | K | T | Buy | 3-30 12-8 | K | | |
| 32 NYC Mun Wtr A,B | A | Int | J | T | Buy | 5-16 | J | | |
| 33 NYS Dorm Auth. | B | Int | K | T | Buy | 11-30 | K | | |
| 34 (S) Rockland Cnty NY Gen | A | Int | J | T | Buy | 4-18 | J | | |
| 35 (S) NYC Mun Wtr Fin.A | A | Int | J | T | Buy | 6-3 | J | | |
| 36 (S) Onandaga Cty NY Gen | A | Int | J | T | Buy | 6-10 | J | | |

1 Income/Gain Codes: (See Col. B1 & D4)    A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to $5,000    D=$5,001 to $15,000
   E=$15,001 to $50,000    R=More than $1,000,000

2 Value Codes: (See Col. C1 & D3)    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
   N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000

3 Value Method Codes: (See Col. C2)    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   U=Book Value    V=Other    W=Estimated

4

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gershon, Nina | 5/10/95 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions     (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value1 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 37 (S) NYS Dorm Auth. | A | Int | J | T | Buy | 11-22 | J | | |
| 38 (S) MAC SER 59 | A | Int | J | T | Buy | 12-1 | J | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to $5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

5

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gershon, Nina | 5/10/95 |

VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature  _Nina Gershon_                                        Date  __May 10, 1995__

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Gershon, Nina | Date of Report<br>5 /10 / 95 |
| --- | --- | --- |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(i.e..<br>div..<br>rent or<br>int.) | (1)<br>Value1<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g..<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 37 (S) NYS Dorm Auth. | A | Int | J | T | Buy | 11-22 | J | | |
| 38 (S) MAC SER 59 | A | Int | J | T | Buy | 12-1 | J | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
| --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>P=$50,001 to $100,000 | L=$50,001 to $100,000<br>O=$500,001 to $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost(real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gershon, Nina | 5/10/95 |

VIII.  ADDITIONAL  INFORMATION  or  EXPLANATIONS.   (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature  _Nina Gershon_                                   Date  __May 10, 1995__

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Digitized by Google

# SENATE QUESTIONNAIRE FOR JUDICIAL NOMINEES

## I. Biographical Information (Public)

**1. Full name (include any former names used).**

Willard Craig Broadwater

**2. Address. List current place of residence and office address(es).**

Office Address: 223 City County Building, 1500 Chapline Street, Wheeling, WV 26003

**3. Date and Place of Birth.**

August 8, 1950
Elk City, Beckham County, Oklahoma

**4. Marital Status (include maiden name of wife, or husband's name). List spouses occupation, employer's name and business address(es).**

Married to Chong Hui Broadwater. Maiden Name: Chong Hui Kang. Spouse does not work outside the home.

**5. Education. List each college and law school you have attended, including dates of attendance, degrees received, and dates degrees were granted.**

College:    West Virginia University
            1968 - 1972
            Bachelor of Arts, Magna Cum Laude
            May 14, 1972

Law School: West Virginia University Law School
            1974 - 1977
            Doctor of Jurisprudence
            May 15, 1977

1

Digitized by Google